United States District Court
Southern District of Ohio

## Related Case Memorandum
## Criminal Cases

TO: Judge Michael J. Newman, Judge Walter H. Rice

FROM: Phil Butler, Deputy Clerk

DATE: 9/2/25

SUBJECT: Case Caption: USA v. Guangzhou Tengyue Chemical Company, LTD et al

CASE: Case Number: 3:25-cr-77

DISTRICT JUDGE: Michael J. Newman

File Date: 9/2/25

This memorandum is to notify you that the defendant information sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):** 3:25-cr-27

Case Caption: **USA v. Villaobos**

Case Number: 3:25-cr-27      District Judge: **Walter H. Rice**

File Date: 3/25/25      Magistrate Judge:

**Related Case(s):**

Case Caption: 3:25-cr-49

Case Number: **USA v. Gullatte**      District Judge: **Walter H. Rice**

File Date: 6/10/25      Magistrate Judge:

Memo Re: Related Criminal Cases
Page 2

The District Judges having conferred, we respond to Deputy Clerk    **Phil Butler**
as follows:

**Judges' Response:**

[✓] We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

[ ] We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge _____

[ ] We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

[ ] We are unable to agree and will accept any decision made by the Chief Judge.

[ ] I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

[ ] I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

[ ] Other Direction of Judge: _____

_____ 9/8/25
United States District Judge

_____
Walter H. Rice
United States District Judge

_____
United States District Judge

cc: Courtroom Deputies

Revised 9/14/2012